**U.S. Department of Justice** **Criminal Docket**
Washington, D.C.
7/13/2026/aa

M-26-2531-M

McALLEN Division CR. No. **M-26-2625-S2**

**INDICTMENT** Filed: August 4, 2026
**SUPERSEDING INDICTMENT** Filed: August 18, 2026
**SECOND SUPERSEDING INDICTMENT** Filed: September 15, 2026 Judge: **ARTHUR R. JONES**

County: Hidalgo
Lions #: **2026R11269**

UNITED STATES OF AMERICA

v.

JOSE FLORES-FLORES
*Custody: 7/10/2026*

Attorneys:
AARON F. REITZ, UNITED STATES ATTORNEY
DEVIN V. WALKER, ASST. U.S. ATTORNEY
Cts. 1-3 Michelle Lynette Taylor, FPD, (956) 630-2995

Charge(s):
Ct. 1: Material Support of Terrorist Organization (aiding and abetting).
Title 18, United States Code, Section 2339B(a)(1) and 2
Ct. 2: Material Support of Terrorist Organization (conspiracy).
Title 18, United States Code, Section 2339B(a)(1)
Ct. 3: Illegally entering the United States having previously been convicted of same
Title 8, United States Code, Section 1325(a)(1)

Total Counts
**(3)**

Penalty:
Cts.1&2: Imprisonment for not more than 20 yrs. and/or a fine not to exceed $250,000 and not more than a 3 yr. SRT (as to each count)
Ct. 3: Imprisonment for not more than 2 yrs. and/or a fine not to exceed $250,000 and not more than a 1 yr. SRT

Agency:
Bureau of Customs & Border Protection - Ricardo Morin, Jr.
Federal Bureau of Investigation - Nicholas Socias - 545C-SA-3991627

Date Proceedings